county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

Garrett, Maynard & Hull, for appellant. David D. Madden, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Marcy Logan, appellee, v. Rockford City Traction Company, appellant. Gen. No. 7,128.

Action for personal injuries in collision between automobile and defendant's train. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Robert K. Welsh, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

Fisher, North, Welsh & Linscott, for appellant. B. A. Knight and William D. Knight, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

William Mathewson, appellee, v. John H. Smith, appellant. Gen. No. 7,139.

Action by builder on contract for erection of a house. Judgment for plaintiff. Appeal from the Circuit Court of Livingston county; the Hon. Stevens R. Baker, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

H. G. Greenebaum and Cyril A. Burns, for appellant. Adsit & Thompson and J. J. Herr, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Godfrey Johnson v. Ida O. Crouch et al.

Minnie Rosenberger, cross complainant and appellant, v. Godfrey Johnson, cross defendant and appellee. Gen. No. 7,142.

Actions for possession and title to real estate. Claim for costs in securing dissolution of temporary injunction issued because of decision in suit of cross complainant allowed. Appeal from the Circuit Court of Lake county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923.

Albert L. Hall and Hervey Coulson, for appellant. Leslie A. Needham, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

J. C. Murchison, appellee, v. J. H. Baird, appellant. Gen. No. 7,151.

Suit for commission in connection with transfer of land. Judgment for plaintiff. Appeal from the Circuit Court of Knox county; the Hon. Walter C. Frank, Judge, presiding. Heard in this court at the October term, 1922. Affirmed. Opinion filed March 16, 1923. Rehearing denied April 17, 1923.

S. M. Meadows, for appellant. Marsh & Rice, for appellee.

Mr. Justice Jett delivered the opinion of the court.

---

Walter Smith, appellee, v. W. W. Lair and W. C. Dilley, appellants. Gen. No. 7,157.

Assumpsit for money for care of a horse. Judgment for plaintiff. Appeal from the Circuit Court of Mercer county; the Hon. William T. Church, Judge, presiding. Heard in this court at the October term,